## *IN THE MATTER OF REST.

1. Rest for hand and brow and breast,
        For fingers, heart and brain!
    Rest and peace! a long release
        From labor and from pain:
    Pain of doubt, fatigue, despair—
    Pain of darkness everywhere,
        And seeking light in vain!

2. Peace and rest! Are they the best
        For mortals here below?
    Is soft repose from work and woes
        A bliss for men to know?
    Bliss of time is bliss of toil:
    No bliss but this, from sun and soil,
        Does God permit to grow.

BLECKLEY, Justice.

*Justice BLECKLEY having resigned, at the conclusion of his last opinion, read from the bench the above exquisite little poem, which was ordered spread upon the minutes by the court. It constitutes a fit close to the judicial career of one whose opinions in these reports show him not only to have been the profound lawyer, but also the accomplished scholar. (R.)